# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PALM BEACH COUNTY,<br>a political subdivision<br>of the State of Florida,<br><br>    Petitioner,<br><br>v.<br><br>FEDERAL AVIATION<br>ADMINISTRATION,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 25-1282<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 46110(a) and Rule 15 of the Federal Rules of Appellate Procedure, Palm Beach County hereby petitions this Court for review of the following orders of the Federal Aviation Administration ("FAA"):

1. Notice to Airmen No. FDC 5/2809 (issued Oct. 18, 2025), attached hereto as Exhibit A.

2. Palm Beach Air Traffic Control Tower, Letter to Airmen LTA-PBI-12, TFR-Driven Procedural Amendments (Oct. 15, 2025), attached hereto as Exhibit B.

3. Palm Beach Air Traffic Control Tower, Letter to Airmen LTA-PBI-13, TFR-Driven Procedural Amendments (Dec. 10, 2025), attached hereto as Exhibit C.

1

4.      Standard Instrument Approach Procedures, and Takeoff Minimums and Obstacle Departure Procedures; Miscellaneous Amendments, 90 Fed. Reg. 57,353 (Dec. 11, 2025) (to be codified at 14 C.F.R. Part 97), attached hereto as Exhibit D, as it pertains to the procedures at West Palm Beach, FL, PBI.

Palm Beach County seeks relief on the grounds that the above-referenced decisions are arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law or supported by substantial evidence, and were issued in violation of laws including, but not limited to, the Administrative Procedure Act, 5 U.S.C. § 500 *et seq.*; the National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.*, the National Historic Preservation Act, 54 U.S.C. § 300101 *et seq.*; and the Department of Transportation Act, 49 U.S.C. § 303(c).

## RULE 26.1 DISCLOSURE STATEMENT

Petitioner Palm Beach County is a political subdivision of the State of Florida, organized under the provisions of the Charter of Palm Beach County, and not a "nongovernmental corporate entity." Accordingly, Petitioner is not required to file a corporate disclosure statement pursuant to Federal Rule of Appellate Procedure 26.1(a).

Respectfully submitted,

/s/ *Steven L. Osit*
Steven L. Osit
Samantha R. Caravello
John E. Putnam
Kaplan Kirsch LLP
1675 Broadway, Suite 2300
Denver, CO 80202
Telephone: (303) 825-7000
Email: sosit@kaplankirsch.com
scaravello@kaplankirsch.com
jputnam@kaplankirsch.com

*Counsel for Palm Beach County*

# Exhibit A

# ZMA ARTCC
 (createNotamPdf?download=true&transactionid=78290209)

 Back to Results

Facility: **ZMA**

NOTAM #: **5/2809**

Class: **Airspace**

Status: **Active**

Issue Date UTC: **10/18/2025 1454**

Start Date UTC: **10/20/2025 1200**

End Date UTC: **10/20/2026 1200**

**Domestic** | ICAO | Plain Language

```
!FDC 5/2809 ZMA PART 1 OF 3 FL..AIRSPACE PALM BEACH, FL..TEMPORARY
 FLIGHT
RESTRICTIONS.
    OCTOBER 20 , 2025-OCTOBER 20 2026 LOCAL.  PURSUANT TO 49 USC
40103(B)(3), THE FEDERAL AVIATION ADMINISTRATION (FAA) CLASSIFIES
THE AIRSPACE DEFINED IN THIS NOTAM AS 'NTL DEFENSE AIRSPACE'.
PILOTS WHO DO NOT ADHERE TO THE FOLLOWING PROC MAY BE INTERCEPTED,
DETAINED AND INTERVIEWED BY LAW ENFORCEMENT/SECURITY PERSONNEL.
ANY OF THE FOLLOWING ADDITIONAL ACTIONS MAY ALSO BE TAKEN AGAINST
A PILOT WHO DOES NOT COMPLY WITH THE RQMNTS OR  ANY SPECIAL
INSTRUCTIONS OR PROC ANNOUNCED IN THIS NOTAM:
A) THE FAA MAY TAKE ADMINISTRATIVE ACTION, INCLUDING IMPOSING CIVIL
PENALTIES AND THE SUSPENSION OR REVOCATION OF AIRMEN CERTIFICATES;
OR
B) THE UNITED STATES GOVERNMENT MAY PURSUE CRIMINAL CHARGES,
INCLUDING CHARGES UNDER 49 USC SECTION 46307; OR
C) THE UNITED STATES GOVERNMENT MAY USE DEADLY FORCE AGAINST THE
AIRBORNE ACFT, IF IT IS DETERMINED THAT THE ACFT POSES AN IMMINENT
SECURITY THREAT.
PURSUANT TO 14 CFR 99.7, SPECIAL SECURITY INSTRUCTIONS, ALL ACFT
FLT OPS ARE PROHIBITED: WI AN AREA DEFINED AS 1NM RADIUS OF
2510201200-2610201200
END PART 1 OF 3
!FDC 5/2809 ZMA PART 2 OF 3 FL..AIRSPACE PALM BEACH, FL..TEMPORARY
 FLIGHT
264037N0800216W (PBI097002.6) SFC-2000FT AGL
EFFECTIVE 2510201200 UTC (0800 LOCAL 10/20/25) UNTIL 2610201200 UTC
(0800 LOCAL 10/20/26).
```

EXC AS SPECIFIED BLW AND/OR UNLESS AUTH BY ATC:
1. ALL ACFT ENTERING OR EXITING THE TFR MUST BE ON AN ACT IFR PLN WITH AN APPROVED IAP OR ATC ASSIGNED RADAR VECTOR FOR DEP AND ON A DISCRETE CODE ASSIGNED BY AN AIR TFC CTL (ATC) FAC.
2. ACFT MUST BE SQUAWKING THE DISCRETE CODE PRIOR TO DEP AND AT ALL TIMES WHILE IN THE TFR.
3. ALL ACFT ENTERING OR EXITING THE TFR MUST REMAIN IN TWO - WAY RADIO COM WITH ATC.
4. UAS OPR WHO DO NOT COMPLY WITH APPLICABLE AIRSPACE RESTRICTIONS ARE WARNED THAT PURSUANT TO 10 U.S.C.SECTION 130I AND THE PRESIDENTIAL THREAT PROTECTION ACT, THE DEPARTMENT OF WAR(DOW), THE

2510201200-2610201200
END PART 2 OF 3
!FDC 5/2809 ZMA PART 3 OF 3 FL..AIRSPACE PALM BEACH, FL..TEMPORARY FLIGHT

DEPARTMENT OF HOMELAND SECURITY(DHS) OR THE DEPARTMENT OF JUSTICE(DOJ) MAY TAKE SECURITY ACTION THAT RESULTS IN THE INTERFERENCE, DISRUPTION, SEIZURE, DAMAGING, OR DESTRUCTION OF UNMANNED ACFT DEEMED TO POSE A CREDIBLE SAFETY OR SECURITY THREAT TO PROTECTED PERSONNEL, FAC, OR ASSETS.
5. THE SYSTEM OPS SUPPORT CENTER (SOSC), IS THE CDN FAC FOR OPR ACCESS AND IS AVBL DLY FM 0600-2359 EASTERN, TEL 202-267-8276 FOR CDN.
6. THE FAA RECOMMENDS THAT ALL ACFT OPR CK NOTAMS FREQUENTLY FOR POSSIBLE CHANGES TO THIS TFR PRIOR TO OPS WI THIS REGION.OPR MAY REVIEW THE TFR DETAILS ON THE INTERNET AT HTTPS://TFR.FAA.GOV/ OR HTTPS://WWW.1800WXBRIEF.COM. IF QUESTIONS REMAIN, CTC FSS, TEL 800-992-7433.

2510201200-2610201200
END PART 3 OF 3



U.S. Department of Transportation (https://www.transportation.gov/)
Federal Aviation Administration
800 Independence Avenue, SW
Washington, DC 20591
(866) TELL-FAA | (866) 835-5322

**Readers & Viewers**

(https://www.faa.gov/help/viewer_redirect/?viewer=pdf) (https://www.faa.gov/help/viewer_redirect/?viewer=doc) (https://www.faa.gov/help/viewer_redirect/?viewer=xls) (https://www.faa.gov/help/viewer_redirect/?viewer=ppt) (https://www.faa.gov/help/zip_files/)

## Web Policies
Web Policies & Notices (https://www.faa.gov/web_policies/)
Privacy Policy (https://www.faa.gov/privacy/)
Accessibility (https://www.faa.gov/accessibility/)

## Government Sites
Transportation.gov (http://www.transportation.gov/)
USA.gov (http://www.usa.gov/)
Plainlanguage.gov (http://www.plainlanguage.gov/)
Regulations.gov (http://www.regulations.gov/)
Data.gov (http://www.data.gov/)

## Contact Us
Customer Support: 1-866-466-1336
Email:7-AWA-NAIMES@faa.gov (mailto:7-AWA-NAIMES@faa.gov)

# Exhibit B

# DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Palm Beach Air Traffic Control Tower
3550 Belvedere Road
West Palm Beach, FL 33406

Issued: 10/15/2025                                              Effective: 10/20/2025
                                                                                          Letter to Airmen: LTA-PBI-12

Subject: PBI TFR-Driven Procedural Amendments
Cancellation: 10/19/2026

**PBI Procedural Amendments**

To ensure safe and efficient operations at PBI Airport under the new Temporary Flight Restriction (TFR) at Mar-A-Lago, PBI Air Traffic Control Tower is implementing the following procedural amendments:

- RWY 28R Arrivals: Limited to approved IFR arrivals using the existing RNAV offset procedures (RNAV X or RNP W.)
- RWY 10L Departures: Assigned heading will be issued by tower to avoid the TFR. Expect to resume the assigned SID.
- RWY 10R Departures: Not Authorized
- RWY 10L Arrivals: Expect alternate missed approach instructions to avoid the TFR.
- RWY 32 Arrivals: Circling approach to RWY 28R Not Authorized.

Procedures to all other runways not listed above remain the same.

Please check current NOTAMS for information on the TFR and any other pertinent SID and STAR use.

*Mark Siviglia*
_____

Mark Siviglia
*Air Traffic Manager, Palm Beach Air Traffic Control Tower*

# Exhibit C

# DEPARTMENT OF TRANSPORTATION

## Federal Aviation Administration

Palm Beach Air Traffic Control Tower
3550 Belvedere Road
West Palm Beach, FL 33406

Issued: 12/10/2025

Effective: 12/10/2025
Letter to Airmen: LTA-PBI-13

Subject: PBI TFR-Driven Procedural Amendments
Cancellation: 12/9/2026

**PBI Procedural Amendments**

To ensure safe and efficient operations at PBI Airport under the new Temporary Flight Restriction (TFR) at Mar-A-Lago, PBI Air Traffic Control Tower is implementing the following procedural amendments:

- RWY 28R Arrivals: Limited to approved IFR arrivals using the existing RNAV offset procedures (RNAV X or RNP W.)
- RWY 10L Departures: Assigned heading will be issued by tower to avoid the TFR. Expect to resume the assigned SID.
- RWY 10R Departures: Assigned heading will be issued by tower to avoid the TFR.
- RWY 10L Arrivals: Expect alternate missed approach instructions to avoid the TFR.
- RWY 32 Arrivals: Circling approach to RWY 28R Not Authorized.

Procedures to all other runways not listed above remain the same.

Please check current NOTAMS for information on the TFR and any other pertinent SID and STAR use.

*Mark Siviglia*

Mark Siviglia
*Air Traffic Manager, Palm Beach Air Traffic Control Tower*

Page 1 of 1

# Exhibit D

and that airspace extending upward from 1,200 feet above the surface within 12 miles off the coastline of the Island of Hawaii.

Issued in Des Moines, Washington, on December 8, 2025.

**B.G. Chew,**

*Group Manager, Western Service Center, Operations Support Group.*

[FR Doc. 2025–22501 Filed 12–10–25; 8:45 am]

**BILLING CODE 4910–13–P**

## DEPARTMENT OF TRANSPORTATION

### Federal Aviation Administration

### 14 CFR Part 97

[Docket No. 31638; Amdt. No. 4195]

### Standard Instrument Approach Procedures, and Takeoff Minimums and Obstacle Departure Procedures; Miscellaneous Amendments

**AGENCY:** Federal Aviation Administration (FAA), DOT.

**ACTION:** Final rule.

**SUMMARY:** This rule establishes, amends, suspends, or removes Standard Instrument Approach Procedures (SIAPS) and associated Takeoff Minimums and Obstacle Departure procedures (ODPs) for operations at certain airports. These regulatory actions are needed because of the adoption of new or revised criteria, or because of changes occurring in the National Airspace System, such as the commissioning of new navigational facilities, adding new obstacles, or changing air traffic requirements. These changes are designed to provide safe and efficient use of the navigable airspace and to promote safe flight operations under instrument flight rules at the affected airports.

**DATES:** This rule is effective December 11, 2025. The compliance date for each SIAP, associated Takeoff Minimums, and ODP is specified in the amendatory provisions.

The incorporation by reference of certain publications listed in the regulations is approved by the Director of the Federal Register as of December 11, 2025.

**ADDRESSES:** Availability of matters incorporated by reference in the amendment is as follows:

**For Examination**

1. U.S. Department of Transportation, Docket Ops-M30. 1200 New Jersey Avenue SE, West Bldg., Ground Floor, Washington, DC 20590–0001.

2. The FAA Air Traffic Organization Service Area in which the affected airport is located;

3. The office of Aeronautical Information Services, 6500 South MacArthur Blvd., Oklahoma City, OK 73169 or,

4. The National Archives and Records Administration (NARA). For information on the availability of this material at NARA, visit *www.archives.gov/federal-register/cfr/ibr-locations* or email *fr.inspection@nara.gov*.

**Availability**

All SIAPs and Takeoff Minimums and ODPs are available online free of charge. Visit the National Flight Data Center at *nfdc.faa.gov* to register. Additionally, individual SIAP and Takeoff Minimums and ODP copies may be obtained from the FAA Air Traffic Organization Service Area in which the affected airport is located.

**FOR FURTHER INFORMATION CONTACT:** Rune Duke, Manager (Acting), Standards Section, Flight Procedures and Airspace Group, Aviation Safety, Federal Aviation Administration. Mailing Address: FAA Mike Monroney Aeronautical Center, Flight Procedures and Airspace Group, 6500 South MacArthur Blvd., STB Annex, Bldg. 26, Room 217, Oklahoma City, OK 73099. Telephone (405) 954–1139.

**SUPPLEMENTARY INFORMATION:** This rule amends 14 CFR part 97 by establishing, amending, suspending, or removes SIAPS, Takeoff Minimums and/or ODPS. The complete regulatory description of each SIAP and its associated Takeoff Minimums or ODP for an identified airport is listed on FAA form documents which are incorporated by reference in this amendment under 5 U.S.C. 552(a), 1 CFR part 51, and 14 CFR 97.20. The applicable FAA Forms are 8260–3, 8260–4, 8260–5, 8260–15A, 8260–15B, when required by an entry on 8260–15A, and 8260–15C.

The large number of SIAPs, Takeoff Minimums and ODPs, their complex nature, and the need for a special format make publication in the **Federal Register** expensive and impractical. Further, pilots do not use the regulatory text of the SIAPs, Takeoff Minimums or ODPs, but instead refer to their graphic depiction on charts printed by publishers of aeronautical materials. Thus, the advantages of incorporation by reference are realized and publication of the complete description of each SIAP, Takeoff Minimums and ODP listed on FAA form documents is unnecessary. This amendment provides the affected CFR sections and specifies the types of SIAPS, Takeoff Minimums and ODPs with their applicable effective dates. This amendment also identifies the airport and its location, the procedure, and the amendment number.

**Availability and Summary of Material Incorporated by Reference**

The material incorporated by reference is publicly available as listed in the **ADDRESSES** section.

The material incorporated by reference describes SIAPS, Takeoff Minimums and/or ODPs as identified in the amendatory language for part 97 of this final rule.

**The Rule**

This amendment to 14 CFR part 97 is effective upon publication of each separate SIAP, Takeoff Minimums and ODP as amended in the transmittal. Some SIAP and Takeoff Minimums and textual ODP amendments may have been issued previously by the FAA in a Flight Data Center (FDC) Notice to Airmen (NOTAM) as an emergency action of immediate flights safety relating directly to published aeronautical charts.

The circumstances that created the need for some SIAP and Takeoff Minimums and ODP amendments may require making them effective in less than 30 days. For the remaining SIAPs and Takeoff Minimums and ODPs, an effective date at least 30 days after publication is provided.

Further, the SIAPs and Takeoff Minimums and ODPs contained in this amendment are based on the criteria contained in the U.S. Standard for Terminal Instrument Procedures (TERPS). In developing these SIAPs and Takeoff Minimums and ODPs, the TERPS criteria were applied to the conditions existing or anticipated at the affected airports. Because of the close and immediate relationship between these SIAPs, Takeoff Minimums and ODPs, and safety in air commerce, I find that notice and public procedure under 5 U.S.C. 553(b) are impracticable and contrary to the public interest and, where applicable, under 5 U.S.C. 553(d), good cause exists for making some SIAPs effective in less than 30 days.

The FAA has determined that this regulation only involves an established body of technical regulations for which frequent and routine amendments are necessary to keep them operationally current. It, therefore—(1) is not a ''significant regulatory action'' under Executive Order 12866; (2) is not a ''significant rule'' under DOT Regulatory Policies and Procedures (44 FR 11034; February 26, 1979); and (3) does not warrant preparation of a regulatory evaluation as the anticipated impact is so minimal. For the same reason, the FAA certifies that this

amendment will not have a significant economic impact on a substantial number of small entities under the criteria of the Regulatory Flexibility Act.

## Lists of Subjects in 14 CFR Part 97

Air traffic control, Airports, Incorporation by reference, Navigation (air).

Issued in Washington, DC, on December 5, 2025.

**Rune Duke,**

*Manager (Acting), Standards Section, Flight Procedures and Airspace Group, Flight Technologies & Procedures Division, Federal Aviation Administration.*

## Adoption of the Amendment

Accordingly, pursuant to the authority delegated to me, 14 CFR part 97 is amended by establishing, amending, suspending, or removing Standard Instrument Approach Procedures and/or Takeoff Minimums and Obstacle Departure Procedures effective at 0901 UTC on the dates specified, as follows:

## PART 97—STANDARD INSTRUMENT APPROACH PROCEDURES

■ 1. The authority citation for part 97 continues to read as follows:

**Authority:** 49 U.S.C. 106(f), 106(g), 40103, 40106, 40113, 40114, 40120, 44502, 44514, 44701, 44719, 44721–44722.

■ 2. Part 97 is amended to read as follows:

*Effective 22 January 2026*

Dothan, AL, DHN, ILS OR LOC RWY 14, Amdt 2B
Dothan, AL, DHN, ILS OR LOC RWY 32, Amdt 10A
Dothan, AL, DHN, RNAV (GPS) RWY 14, Amdt 3A
Dothan, AL, DHN, RNAV (GPS) RWY 18, Amdt 3
Dothan, AL, DHN, VOR RWY 18, Amdt 4
West Palm Beach, FL, PBI, AHABB ONE, Graphic DP
West Palm Beach, FL, PBI, ILS OR LOC RWY 10L, Amdt 29
West Palm Beach, FL, PBI, RNAV (GPS) Y RWY 10L, Amdt 5
West Palm Beach, FL, PBI, Takeoff Minimums and Obstacle DP, Amdt 4
Newark, NJ, EWR, RNAV (GPS) W RWY 29, Orig-B
Newark, NJ, EWR, RNAV (RNP) Y RWY 29, Amdt 1F
Albany, NY, ALB, RNAV (GPS) RWY 28, Amdt 1
Ebensburg, PA, 9G8, RNAV (GPS) RWY 7, Orig-E
Nacogdoches, TX, OCH, ILS OR LOC RWY 36, Amdt 4
Nacogdoches, TX, OCH, RNAV (GPS) RWY 18, Amdt 1
Nacogdoches, TX, OCH, RNAV (GPS) RWY 36, Orig-E
Nacogdoches, TX, OCH, Takeoff Minimums and Obstacle DP, Amdt 3
Jackson, WY, JAC, VOR RWY 19, Amdt 1, CANCELED

[FR Doc. 2025–22511 Filed 12–10–25; 8:45 am]
**BILLING CODE 4910–13–P**

## DEPARTMENT OF TRANSPORTATION

### Federal Aviation Administration

### 14 CFR Part 97

[Docket No. 31639; Amdt. No. 4196]

### Standard Instrument Approach Procedures, and Takeoff Minimums and Obstacle Departure Procedures; Miscellaneous Amendments

**AGENCY:** Federal Aviation Administration (FAA), DOT.

**ACTION:** Final rule.

**SUMMARY:** This rule amends, suspends, or removes Standard Instrument Approach Procedures (SIAPs) and associated Takeoff Minimums and Obstacle Departure Procedures for operations at certain airports. These regulatory actions are needed because of the adoption of new or revised criteria, or because of changes occurring in the National Airspace System, such as the commissioning of new navigational facilities, adding new obstacles, or changing air traffic requirements. These changes are designed to provide for the safe and efficient use of the navigable airspace and to promote safe flight operations under instrument flight rules at the affected airports.

**DATES:** This rule is effective December 11, 2025. The compliance date for each SIAP, associated Takeoff Minimums, and ODP is specified in the amendatory provisions.

The incorporation by reference of certain publications listed in the regulations is approved by the Director of the Federal Register as of December 11, 2025.

**ADDRESSES:** Availability of matter incorporated by reference in the amendment is as follows:

### For Examination

1. U.S. Department of Transportation, Docket Ops-M30, 1200 New Jersey Avenue SE, West Bldg., Ground Floor, Washington, DC 20590–0001;
2. The FAA Air Traffic Organization Service Area in which the affected airport is located;
3. The office of Aeronautical Information Services, 6500 South MacArthur Blvd., Oklahoma City, OK 73169 or,
4. The National Archives and Records Administration (NARA).

For information on the availability of this material at NARA, visit *www.archives.gov/federal-register/cfr/ibr-locations* or email *fr.inspection@nara.gov*.

### Availability

All SIAPs and Takeoff Minimums and ODPs are available online free of charge. Visit the National Flight Data Center online at *nfdc.faa.gov* to register. Additionally, individual SIAP and Takeoff Minimums and ODP copies may be obtained from the FAA Air Traffic Organization Service Area in which the affected airport is located.

**FOR FURTHER INFORMATION CONTACT:** Rune Duke, Manager (Acting), Standards Section, Flight Procedures and Airspace Group, Aviation Safety, Federal Aviation Administration. Mailing Address: FAA Mike Monroney Aeronautical Center, Flight Procedures and Airspace Group, 6500 South MacArthur Blvd., STB Annex, Bldg. 26, Room 217, Oklahoma City, OK 73099. Telephone (405) 954–1139.

**SUPPLEMENTARY INFORMATION:** This rule amends 14 CFR part 97 by amending the referenced SIAPs. The complete regulatory description of each SIAP is listed on the appropriate FAA Form 8260, as modified by the National Flight Data Center (NFDC)/Permanent Notice to Airmen (P–NOTAM), and is incorporated by reference under 5 U.S.C. 552(a), 1 CFR part 51, and 14 CFR 97.20. The large number of SIAPs, their complex nature, and the need for a special format make their verbatim publication in the **Federal Register** expensive and impractical. Further, pilots do not use the regulatory text of the SIAPs, but refer to their graphic depiction on charts printed by publishers of aeronautical materials. Thus, the advantages of incorporation by reference are realized and publication of the complete description of each SIAP contained on FAA form documents is unnecessary. This amendment provides the affected CFR sections, and specifies the SIAPs and Takeoff Minimums and ODPs with their applicable effective dates. This amendment also identifies the airport and its location, the procedure and the amendment number.

### Availability and Summary of Material Incorporated by Reference

The material incorporated by reference is publicly available as listed in the **ADDRESSES** section.

The material incorporated by reference describes SIAPs, Takeoff Minimums and ODPs as identified in the amendatory language for part 97 of this final rule.

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 15(c) and D.C. Circuit Local Rule 15(a), I hereby certify that on this 12th day of December, 2025, I mailed a copy of the foregoing Petition for Review, certified U.S. Mail, to the Federal Aviation Administration:

| | |
|---|---|
| The Honorable Bryan Bedford<br>Administrator<br>Federal Aviation Administration<br>800 Independence Avenue, S.W.<br>Washington, D.C. 20591 | *Federal Aviation Administration* |

and a copy by certified U.S. mail and electronic mail to the following:

| | |
|---|---|
| William McKenna<br>Chief Counsel<br>Office of the Chief Counsel<br>Federal Aviation Administration<br>800 Independence Avenue, S.W.<br>Washington, D.C. 20591<br>liam.mckenna@faa.gov | *Counsel for the Federal Aviation Administration* |

                                          */s/ Steven L. Osit*
                                          Steven L. Osit