NOT YET SCHEDULED FOR ORAL ARGUMENT

Nos. 25-1282, 25-1283

---

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

PALM BEACH COUNTY, et al.,
*Petitioners*,

v.

FEDERAL AVIATION ADMINISTRATION,
*Respondent*.

---

Petition for Review of Orders of the Federal Aviation Administration

---

**RESPONDENT'S MOTION FOR EXTENSION OF CERTIFIED INDEX DEADLINE**

---

| | |
|---|---|
| WILLIAM MCKENNA | ADAM R.F. GUSTAFSON |
| *Chief Counsel* | *Principal Deputy Assistant Attorney General* |
| | |
| MICHAEL FINEMAN | ROBERT LUNDMAN |
| GAHAN CHRISTENSON | REBECCA JAFFE |
| ALEXI FONG | *Attorneys* |
| *Attorneys* | Environment and Natural Resources Division |
| Federal Aviation Administration | U.S. Department of Justice |
| Office of the Chief Counsel | Post Office Box 7415 |
| | Washington, D.C. 20044 |
| | (202) 598-0402 |
| | rebecca.jaffe@usdoj.gov |

1

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

**A.     Parties and Amici**

Petitioners are Palm Beach County, the Town of Palm Beach, and the City of West Palm Beach.  Respondent is the Federal Aviation Administration (FAA).  There are no amici.

**B.     Rulings Under Review**

Petitioners challenge the FAA's:

1. Notice to Airmen No. FDC 5/2809 (Oct. 18, 2025)

2. Palm Beach Air Traffic Control Tower, Letter to Airmen LTA-PBI-12, TFR-Driven Procedural Amendments (Oct. 15, 2025)

3. Palm Beach Air Traffic Control Tower, Letter to Airmen LTA-PBI-13, TFR-Driven Procedural Amendments (Dec. 10, 2025)

4. Standard Instrument Approach Procedures, and Takeoff Minimums and Obstacle Departure Procedures; Miscellaneous Amendments, 90 Fed. Reg. 57,353 (Dec. 11, 2025)

**C.     Related Cases**

Under Circuit Rule 28(a)(1)(C), there are no related cases.

/s/ *Rebecca Jaffe*
REBECCA JAFFE

Counsel for Federal Respondents

Respondent the Federal Aviation Administration (FAA) respectfully moves the Court for a 60-day extension of the deadline to produce the certified index. The certified index is currently due January 29, 2026. With the extension, the certified index would be due on March 30, 2026. Petitioner Palm Beach County does not oppose a 30-day extension of time but does oppose a 60-day extension of time. Petitioners the Town of Palm Beach and the City of West Palm Beach consent to a 30-day extension but oppose a 60-day extension.

The FAA needs an additional 60 days to produce the administrative record for several reasons. First, these cases were filed on December 12, 2025, and employees who would have assisted with preparing the administrative record were on leave or unavailable because of the holidays. Second, at least two employees who worked on this matter have left the agency, and the FAA will need to search their records and emails—a time-consuming process that involves coordinating with multiple FAA offices, including the Office of the Chief Counsel's Legal and Litigation Services Office and the Office of Security and Hazardous Materials' Investigations Office. Third, the FAA is facing resource constraints and has a backlog of projects with the above-mentioned offices, which will play a substantial role in producing this administrative record.

For the foregoing reasons, the Court should extend the deadline for Respondent to produce the certified index until March 30, 2026.

|  |  |
|---|---|
| Of Counsel: | Respectfully submitted, |
|  | /s/ *Rebecca Jaffe* |
| WILLIAM MCKENNA | ADAM R.F. GUSTAFSON |
| *Chief Counsel* | *Principal Deputy Assistant Attorney General* |
|  | ROBERT LUNDMAN |
| MICHAEL FINEMAN | REBECCA JAFFE |
| GAHAN CHRISTENSON | *Attorneys* |
| ALEXI FONG | Environment and Natural Resources Division |
| *Attorneys* | U.S. Department of Justice |
| Federal Aviation Administration |  |
| Office of the Chief Counsel | *Counsel for Respondent* |

January 13, 2026
90-13-1-18070

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 237 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Rebecca Jaffe*
REBECCA JAFFE
Counsel for Respondent