# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-1282            September Term, 2025

FAA-90FR57353
FAA-LTA-PBI-12
FAA-LTA-PBI-13
FAA-NOTAM-FDC 5/2809

Filed On: January 27, 2026

Palm Beach County, a political subdivision of
the State of Florida,

       Petitioner

       v.

Federal Aviation Administration,

       Respondent

------------------------------

Consolidated with 25-1283

      **BEFORE:**     Millett, Pan, and Garcia, Circuit Judges

## O R D E R

      Upon consideration of the motion for extension of time, the oppositions thereto, and the reply, it is

      **ORDERED** that the motion be granted in part. The certified index to the record is now due on March 2, 2026.

<u>Per Curiam</u>

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

                BY:     /s/
                               Selena R. Gancasz
                               Deputy Clerk