# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1282**  **September Term, 2025**

FAA-90FR57353
FAA-LTA-PBI-12
FAA-LTA-PBI-13
FAA-01/22/26 Orders
FAA-NOTAM-FDC 5/2809

**Filed On: February 18, 2026** [2159600]

Palm Beach County, a political subdivision
of the State of Florida,

    Petitioner

  v.

Federal Aviation Administration,

    Respondent

------------------------------

Consolidated with 25-1283, 26-1034,
26-1035

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 26-1035 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | March 20, 2026 |
| Statement of Issues to be Raised | March 20, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form