NOT YET SCHEDULED FOR ORAL ARGUMENT

Nos. 25-1282, 25-1283, 26-1034, 26-1035

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

PALM BEACH COUNTY, et al.,
*Petitioners*,

v.

FEDERAL AVIATION ADMINISTRATION,
*Respondent*.

Petition for Review of Orders of the Federal Aviation Administration

**MOTION OF RESPONDENT FOR A 1-DAY EXTENSION
OF CERTIFIED INDEX DEADLINE**

Respondent Federal Aviation Administration ("FAA") respectfully moves for a 1-day extension of time to file the certified index in these consolidated petitions. The certified index for Nos. 25-1282, 25-1283, 26-1034 and 26-1035 is currently due March 9, 2026. The FAA, however, is unable to file today.

1

March 9, 2026
DJ # 90-13-1-18070

Respectfully submitted,

/s/ *Allen M. Brabender*
ALLEN M. BRABENDER
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice

*Counsel for Respondent*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(C) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 46 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ Allen M. Brabender